UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA; <br> NAACP, by its Greater Indianapolis Branch 3053, <br> and on behalf of its individual members; <br> DORIS A. McDOUGAL; and <br> JOHN WINDLE, <br>                Plaintiffs, <br>   v. <br> MARION COUNTY ELECTION BOARD; <br> KEITH JOHNSON, MAURA HOFF, and <br> MYRA A. ELDRIDGE, each in their official <br> capacities as members of the MARION <br> COUNTY ELECTION BOARD; and <br> CONNIE LAWSON, in her official capacity <br> as the Indiana Secretary of State, <br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.:1:17-cv-1388-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
<u>DEFENDANT CONNIE LAWSON</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Common Cause Indiana, the NAACP, Doris A. McDougal, and John Windle, by counsel, hereby dismiss from this action Defendant Connie Lawson, in her official capacity as the Indiana Secretary of State, without prejudice. This notice has no effect on the remaining defendants or any of the claims against those remaining defendants in this action. *Hasenberg v. Air & Liquid Sys. Corp.,* 2014 U.S. Dist. LEXIS 87070, \*7 (S.D.Ill. 2014) (Rule 41(a)(1) is appropriate to dismiss less than an entire action, especially if the dismissal will eliminate a party).

                                                                <u>/s/William R. Groth</u>
                                                                William R. Groth
                                                                *Attorney for Plaintiffs*
                                                                Of Counsel
                                                                FILLENWARTH DENNERLINE GROTH &
                                                                TOWE, LLP
                                                                Suite 200, 429 East Vermont Street
                                                                       Indianapolis, IN 46202
                                                              Telephone: (317) 353-9363
                                                              Fax: (317) 351-7232
                                                              E-mail: <u>wgroth@fdgtlaborlaw.com</u>

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2017, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       /s/William R. Groth
                                                        William R. Groth

FILLENWARTH DENNERLINE GROTH & TOWE, LLP
Suite 200, 429 East Vermont Street
Indianapolis, IN 46202
Telephone: (317) 353-9363
Fax: (317) 351-7232
E-mail: wgroth@fdgtlaborlaw.com