# PLAINTIFFS' EXHIBIT 7

# EXPERT REPORT

*Common Cause Indiana et al.*
v.
*Marion County Election Board et al.*

United States District Court
Southern District of Indiana
Case No.: 1:17-cv-01388

**September 22, 2017**

**Bernard L. Fraga, Ph.D.**

**Bloomington, Indiana**

# Contents

1   Introduction                                                               2

2   Background and Qualifications                                              2

3   Summary of Opinions                                                        3

4   Early In-Person Absentee Voting in 2008, 2012, and 2016                    4

5   Early In-Person Absentee Voting by Race                                    6

6   Conclusion                                                                 9

# 1   Introduction

My name is Bernard L. Fraga. I am currently an assistant professor of political science at Indiana University Bloomington. I joined the faculty at Indiana University in 2013. I teach classes on American politics and political science research methods. Further discussion of my qualifications may be found in Section 2 below.

I have been asked by counsel representing the plaintiffs to analyze election data relevant to *Common Cause Indiana et al. v. Marion County Election Board et al.* and provide expert opinions related to the analysis. Specifically, I have been asked:

- to analyze data from the voter file in Marion County, IN ["Marion County"];

- to determine whether the lower number of early in-person absentee ["EIP"] votes cast in 2016 and 2012 as compared to 2008 was related to the Marion County Election Board's ["MCEB"] failure to approve any satellite voting locations in 2016 and 2012 as it had in 2008;

- to determine if the impact of this decision on Marion County's African-American voters was greater than the impact upon [non-Hispanic] white voters.

Thus, the opinions in this document are based on the statistical analysis of Marion County voter file data related to the 2008, 2012, and 2016 elections. Using my existing knowledge, expertise, and experience, I reviewed the relevant political science literature and determined that the following supplemental information would be necessary in order to complete the analysis and provide the expert opinions outlined in this document. Specifically, I combined said voter file data with:

- geocoded address information, provided through the Google Geocoding Application Programming Interface (API);

- data from the U.S. Census Bureau regarding race/ethnicity.

# 2   Background and Qualifications

I earned my Ph.D. at Harvard University in 2013, where my graduate training included courses in statistical analysis and election law. My expertise is in American politics, with particular research interests in elections and voter behavior. I have published peer-reviewed works on voter turnout and minority voting rates in the *American Journal of Political Science*, the *Journal of Politics*, the *Journal of Race, Ethnicity, and Politics*, and the *Quarterly Journal of Political Science*. I have also published work in the *Stanford Law Review*. My full curriculum vitae is attached to this report.

My membership in the broader research community studying elections and election administration extends beyond my teaching and publication record. I have served as a peer reviewer for numerous academic journals in political science, and my research has appeared in outlets such as the *New York Times* and the *Washington Post*. I recently received a grant from the Massachusetts Institution of Technology Election Data and Science Lab to study the impact of election laws on voter turnout, and have been invited to give talks on topics such as the impact of the *Shelby v. Holder* decision on minority voting rights and the impact of redistricting on voter turnout. I was also the program co-chair of the inaugural Election Sciences, Reform, and Administration (ESRA) conference held in Portland, OR in 2017, a gathering of political scientists, election law experts, and state/county election administrators where we shared research as to best practices for efficient administration of elections in the United States. Thus, I am familiar with both the latest academic research on election administration and the operation of elections at the state and local level.

I am being compensated at a rate of $125 per hour.

## 3   Summary of Opinions

1. The Marion County Election Board's failure to approve any satellite voting locations for 2012 and 2016 decreased the proportion of voters voting early in-person absentee in Marion County, relative to 2008.

2. African-Americans who voted absentee were more likely to use early in-person absentee voting in Marion County than non-Hispanic whites who voted absentee in 2008, 2012, and 2016.

3. After the Marion County Election Board's failure to approve any satellite voting locations in 2012 and 2016, rates of early in-person absentee voting among African-American absentee voters declined to a greater degree than rates of early in-person absentee voting for non-Hispanic whites, relative to 2008.

4. Given items 1, 2, and 3 above, the Marion County Election Board's failure to approve any satellite voting locations for the 2012 and 2016 elections likely had a disproportionate, negative impact on African-Americans in Marion County relative to non-Hispanic whites.

# 4    Early In-Person Absentee Voting in 2008, 2012, and 2016

In this section of the report I seek to understand whether the lack of satellite voting locations in Marion County for the 2016 and 2012 elections reduced rates of early in-person absentee ["EIP"] voting by Marion County residents. To do so, I compare rates of EIP voting in Marion County for the 2008, 2012, and 2016 elections, analyzing voter file data provided by the Marion County Election Board ["MCEB"].

The focus of the analysis that follows is on the impact of the non-availability of satellite voting locations on potential users of these locations. Thus, the population of interest is Marion County residents who may have voted EIP. In each recent election, between 4,000 and 5,000 individuals registered to vote in Marion County voted absentee, but had a mailing address outside of Marion County. These individuals are excluded from the analysis, as it is unlikely that they would have opted to vote EIP under any circumstances. While inclusion of these individuals does not change the substantive conclusions found in this report, the exclusion of individuals without Marion County mailing addresses offers more precise estimates of the impact of non-availability of satellite voting locations.

Table 1 documents the number of Marion County residents voting in-person on Election Day, early in-person absentee, by mail, or through another method in the 2008, 2012, and 2016 elections.[1] In Table 1, we see clear evidence that the number of individuals who voted using the EIP method was highest in 2008 and was substantially lower for the 2012 and 2016 elections.

Table 1: Number of Voters by Voting Method

| Year | Total | Election Day | EIP | Mail | Other |
|------|-------|-------------|------|-------|-------|
| **2008** | 370,839 | 278,391 | 72,543 | 18,049 | 1,856 |
| **2012** | 356,022 | 299,271 | 39,315 | 15,814 | 1,622 |
| **2016** | 366,653 | 300,773 | 46,986 | 16,847 | 2,047 |

*Note:* Only includes voters with mailing addresses in Marion County. Duplicate rejected or cancelled absentee records removed. Raw voter file data provided by the Marion County Election Board, aggregation conducted by Dr. Bernard L. Fraga.

Column 1 of Table 1 indicates that the total number of voters was substantially higher in 2008 in Marion County than 2012 or 2016. Thus, a more useful com-

---

[1]The category "Other" includes individuals who are labeled as voting via "Traveling Board," "Email," or "Fax." In no year does the number of individuals voting through any of these methods exceed 1% of the total number of voters.

parison may be to examine changes in *rates* of vote method usage across election years. Table 2 recasts the figures in Table 1 as a percentage of the total number of voters. The first column of Table 2 indicates that there was a more than 8 percentage point drop in EIP usage between 2008 and 2012, while the share using mail absentee ballots declined by less than 1 percentage point. Thus, there was a disproportionate drop in usage of the EIP voting method after the 2008 election, coinciding with the non-approval of satellite voting centers by the MCEB in 2012 and 2016. Translating the percentages in Table 2 into percent decline over the period, we see that the rate of EIP usage by voters was 34.5% lower in 2016 than it was in 2008, while mail ballot usage declined by only 5.6%.

Table 2: Percent of Voters by Voting Method

| Year | Election Day | EIP | Mail | Other |
|------|-------------|------|------|-------|
| **2008** | 75.1% | 19.6% | 4.9% | 0.5% |
| **2012** | 84.1% | 11.0% | 4.4% | 0.5% |
| **2016** | 82.0% | 12.8% | 4.6% | 0.6% |

*Note:* Only includes voters with mailing addresses in Marion County. Duplicate rejected or cancelled absentee records removed. Raw voter file data provided by the Marion County Election Board, aggregation conducted by Dr. Bernard L. Fraga.

Table 3: Percent of Absentee Voters by Voting Method

| Year | EIP | Mail | Other |
|------|------|------|-------|
| **2008** | 78.5% | 19.5% | 2.0% |
| **2012** | 69.3% | 27.9% | 2.9% |
| **2016** | 71.3% | 25.6% | 3.1% |

*Note:* Only includes voters with mailing addresses in Marion County. Duplicate rejected or cancelled absentee records removed. Raw voter file data provided by the Marion County Election Board, aggregation conducted by Dr. Bernard L. Fraga.

To further establish the impact of non-approval of satellite voting locations on EIP usage, Table 3 examines absentee voters only, providing the percentage of all absentee voters using the EIP voting method, submitting ballots via the mail, or using other voting methods. As suggested by Tables 1 and 2 above, early in-person absentee voting is, by far, the most common method of absentee voting in Marion County. This holds across recent presidential elections, though again, we see a substantial decline in EIP usage in 2012 and 2016 versus 2008. As a share of all absentee ballots cast, EIP ballots declined from 78.5% in 2008 to 69.3% in

2012 and 71.3% in 2016.  On the other hand, the percentage of absentee ballots cast via the mail or other methods increased over the period, indicating that a phenomenon likely to be unique to early in-person absentee voting explains the declines witnessed after 2008 in Tables 1 and 2.  If voters shifted their behavior and decided to vote on Election Day instead of prior to Election Day, the set of voters making this decision was likely to be disproportionately drawn from the population that would have voted early in-person absentee.

In this section of the report I examined rates of early in-person absentee voting by Marion County residents.  Tables 1, 2, and 3 clearly indicate that there was a substantial decline in EIP voting by Marion County residents after the 2008 election, whether understood in raw numbers, as a percentage of all voters, or as a percentage of absentee voters. We do not see similar declines for use of mail absentee ballots, the main alternative method of absentee voting used by Marion County residents. Notably, rates of EIP voting were similar in 2012 and 2016, which lends credence to the idea that changes caused by the removal of EIP voting options led to fewer voters exercising EIP voting, not broader trends in voters' preferred voting methods.  Given that satellite voting locations were approved in 2008, but not approved in 2012 or 2016, a clear relationship exists between the number of satellite voting locations and the proportion of individuals voting EIP.

Reports from the U.S. Census Bureau indicate that the proportion of individuals casting ballots before Election Day has increased nationwide since 2008.[2] Thus, nationwide trends in voter behavior cannot explain the decline in EIP usage after the removal of satellite voting locations as an option for the 2012 and 2016 elections.  Even if we have reason to believe that voter enthusiasm, campaign activity, or other factors led to the rate of voting or absentee ballot usage being especially high in 2008, the 34.5% drop in EIP usage between the 2008 and 2012 elections stands out as likely to be related to the non-approval of satellite voting locations by the MCEB.

# 5   Early In-Person Absentee Voting by Race

The previous section indicates a relationship between the non-approval of satellite voting centers for the 2012 and 2016 elections and a decline in EIP voting in Marion County.  Given these findings, the next relevant question is whether EIP voting is more common among African-Americans than among [non-Hispanic] whites.  To answer this question, I compared rates of EIP voting for African-Americans to rates of EIP voting for whites in 2008, 2012, and 2016.

A handful of states request information as to the race or ethnicity of registered

---

[2]File, Thom. (2015) "Who Votes? Congressional Elections and the American Electorate: 1978-2014." U.S. Census Bureau Report P20-577, p.12.

6

voters. However, Indiana is not one of these states, and thus the race of registered voters must be estimated using statistical techniques. Fortunately, political scientists have developed methods for modeling race at the individual level, using information about a voter's surname and where the voter lives to produce highly accurate assessments of which racial/ethnic group the individual is likely to self-identify as. In the analysis below, I rely on a peer-reviewed method published in 2016 in the leading political science methodology journal, *Political Analysis*.[3] The authors, members of the Department of Politics at Princeton University, demonstrate a method of combining a prediction of race based on matching a voter's surname to U.S. Census Bureau lists of surnames by race, with the racial/ethnic composition of a voter's local neighborhood (Census Block), through a Bayesian probability calculation method ["Bayesian method"]. The authors demonstrate that the Bayesian method more accurately predicts individual race than using surname alone, or than methods that rely solely on geography like ecological regression or ecological inference.[4]

Here I rely on absentee ballot reports for 2008, 2012, and 2016 as provided by the MCEB, which included the full name and address of every absentee voter. Using the Google Geocoding API, I was able to extract information about the Census Block of each absentee voter over the time span, which was then linked to information about the demographic composition of each Census Block from the 2010 U.S. Census. Combining this information with Census surname lists, I generated predictions of race/ethnicity for each voter using the aforementioned Bayesian method. For each voter, I generated a probability that the individual was [non-Hispanic] white, African-American, Latino, or Asian American. In order to account for the potential misclassification of voters, I sum these individual predictions for all absentee voters in the county, deriving a total predicted percent African-American and total predicted percent white for all absentee voters and for each voting method. Individuals whose predicted race is not precise, therefore, are appropriately weighted to reflect this imprecision. Thus, while any one individual may have their race mispredicted by the Bayesian method, they are unlikely to influence the total result in a statistically meaningful way.

Using the Bayesian method, I was able to generate predictions for the race/ethnicity of 98% of absentee voters in Marion County from 2008-2016. As in the analysis in Section 4, the population of interest is individuals who may have used the EIP

---

[3]Imai, Kosuke and Kabir Khanna. (2016). "Improving Ecological Inference by Predicting Individual Ethnicity from Voter Registration Records." *Political Analysis* 24(2): 263-272.

[4]The source of this outperformance is likely the fact that a much finer level of geographic detail is used when making the estimates, as instead of precincts, much smaller Census Blocks are the level of geography used for neighborhood racial composition data. Accuracy is further enhanced by using surname information for every individual voter, information ignored with ecological inference or ecological regression techniques.

method to vote.  Any individuals with no race prediction or who have mailing addresses outside of Marion County are excluded.

Table 4: Percent of Absentee Voters Using Each Voting Method by Race

|        | EIP | | Mail | | Other | |
|--------|-------|-------|-------|-------|-------|-------|
|        | *White* | *Black* | *White* | *Black* | *White* | *Black* |
| **2008** | 73.7% | 85.0% | 24.5% | 13.2% | 1.9% | 1.8% |
| **2012** | 62.8% | 78.0% | 34.1% | 19.4% | 3.1% | 2.6% |
| **2016** | 69.0% | 74.3% | 27.9% | 22.6% | 3.0% | 3.1% |

*Note:* Only includes voters with mailing addresses in Marion County.  Duplicate rejected or cancelled absentee records removed.  Raw voter file data provided by the Marion County Election Board, aggregation and Bayesian estimation of voter race conducted by Dr. Bernard L. Fraga.

Table 4 provides the percentage of all absentee voters using the EIP voting method, submitting ballots via the mail, or using other voting methods, with separate estimates for white absentee voters and African-American absentee voters. As the columns under the heading "EIP" indicate, early in-person absentee was the preferred method of voting for both white and African-American voters. However, for each election year African-Americans were more likely to vote absentee via the early in-person absentee method than white voters. In 2008, an estimated 85.0% of African-Americans used early in-person absentee voting to cast their absentee ballot, versus 73.7% of whites. African-Americans who voted absentee were thus 11 percentage points more likely to use the EIP method than whites in the election when satellite voting locations were available. In 2012 and 2016 the rate of EIP usage was lower for both groups, but African-Americans were still substantially more likely to use the EIP method in each election versus white absentee voters.

Higher rates of EIP voting by African-American absentee voters versus white absentee voters suggests that a reduction in access to EIP voting will have a disproportionate impact on African-Americans. A closer look at changes in rates of EIP voting over time reinforces this conclusion. Comparing EIP voting rates by race in 2008 and 2016, we see that 85.0% of African-American absentee voters voted early in-person in 2008, versus 74.3% of African-Americans in 2016; a decline of over 10 percentage points. Whites also saw a decline in EIP voting rates, from 73.7% in 2008 to 69.0% in 2016. However, the decline in EIP voting by white absentee voters was less than 5 percentage points, half the decline experienced by African-Americans over the period. Thus, non-approval of satellite voting locations in 2012 and 2016 is associated with a sharper decline in rates of early in-person absentee voting for African-Americans than for whites.

As in Section 4, reports from the U.S. Census Bureau help us to understand

the likelihood that alternative forces produce these patterns.  In the 2008 and 2012 elections, African-Americans voted "early"[5] at a rate similar to non-Hispanic Whites nationwide.[6]  While not disaggregating by type of early voting, this does suggest that there was not a substantial national change in each racial group's proclivity to vote early over the span of time in which Marion County approved, and then failed to approve, satellite voting locations. However, above we do see racial differences in EIP usage by absentee voters in Marion County, and a sharper decline in EIP usage by African-Americans, suggesting again that these differences and changes in the differences are not attributable to national trends in voting methods.

The analysis in this section uses a modern peer-reviewed technique and the most detailed data available to establish rates of EIP voting for African-American and non-Hispanic white absentee voters.  The results in Table 4 clearly indicate that EIP is a more common method of absentee voting for African-Americans than for whites, and that rates of EIP voting fell more sharply for African-Americans than for whites in elections where satellite voting locations were not approved. Thus, while reduced EIP options in Marion County may impact voting for both groups, it is reasonable to assume that the impact of limits on EIP voting falls disproportionately on the county's African-American population.

# 6    Conclusion

The above analysis examined election data for Marion County, Indiana in the 2008, 2012, and 2016 elections in an effort to understand the impact of the non-approval of satellite voting locations in the 2012 and 2016 elections.  I conclude that the Marion County Election Board's failure to approve any satellite voting locations significantly decreased the proportion of voters voting early in-person absentee in Marion County in subsequent elections. Furthermore, African-Americans who voted absentee were more likely to use early in-person absentee voting than non-Hispanic whites, in 2008 and other elections.  Subsequent to the failure to approve satellite voting locations for 2012 and 2016, a sharper decline in rates of EIP usage manifested for African-American absentee voters than for non-Hispanic white voters.  Given this evidence, I conclude that the failure to approve satellite voting locations had a disproportionate, negative impact on African-Americans in Marion County relative to non-Hispanic white voters, and that the continued non-approval of such locations is likely to continue to have a disproportionate impact on African-Americans in Marion County in the future.

---

[5]Including both early in-person absentee, mail ballots, and other methods of voting early.

[6]File, Thom. (2015) "Who Votes? Congressional Elections and the American Electorate: 1978-2014." U.S. Census Bureau Report P20-577, p.13.

9