# PLAINTIFFS' EXHIBIT 8

                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


COMMON CAUSE INDIANA;          )
NATIONAL ASSOCIATION FOR       )
THE ADVANCEMENT OF COLORED     )
PEOPLE; by its Greater         )
Indianapolis Branch 3053       )
and on behalf of its           )
individual members; DORIS A.   )
MCDOUGAL; and JOHN WINDLE,     )        CASE NO.
                               ) 1:17-cv-01388-SEB-TAB
          Plaintiffs,          )
                               )
         vs.                   )
                               )
MARION COUNTY ELECTION BOARD;  )
KEITH JOHNSON, MAURA HOFF and  )
MYLA ELDRIDGE, each in their   )
official capacities as         )
members of the MARION COUNTY   )
ELECTION BOARD,                )
                               )
             Defendants.       )



     The deposition upon oral examination of
MYLA ELDRIDGE, a witness produced and sworn before
me, Deanne S. Hutson, a Notary Public in and for the
County of Marion, State of Indiana, taken on behalf
of the Plaintiffs at the law offices of Faegre Baker
Daniels, 300 North Meridian Street, Suite 2700,
Indianapolis, Marion County, Indiana, on the 10th day
of January, 2018, pursuant to the Indiana Rules of
Trial Procedure.



                     CIRCLE CITY REPORTING
                  135 North Pennsylvania Street
                          Suite 1720
                     Indianapolis, IN 46204
                        (317) 635-7857

```
 1                      A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:    William R. Groth
                            Daniel P. Bowman
 4                          FILLENWARTH, DENNERLINE, GROTH &
                             TOWE, LLP
 5                          429 East Vermont Street
                            Suite 200
 6                          Indianapolis, Indiana 46202

 7   FOR THE DEFENDANTS:    Anne Kramer Ricchiuto
                            FAEGRE BAKER DANIELS, LLP
 8                          300 North Meridian Street
                            Suite 2700
 9                          Indianapolis, Indiana 46204

10
     FOR THE CITY OF        Donald E. Morgan
11   INDIANAPOLIS:          OFFICE OF CORPORATION COUNSEL
                            200 East Washington Street
12                          Room 1601
                            Indianapolis, Indiana 46204
13

14   FOR THE STATE OF       Aleksandrina Penkova Pratt
     INDIANA:               OFFICE OF THE INDIANA ATTORNEY
15                           GENERAL
                            302 West Washington Street
16                          Indiana Government Center South
                            Fifth Floor
17                          Indianapolis, Indiana 46204

18

19

20

21

22

23

24

25
```

1            I N D E X    O F    E X A M I N A T I O N

2                                       PAGE

3 DIRECT EXAMINATION............................. 5
     Questions by William R. Groth

4

CROSS-EXAMINATION............................. 36
5      Questions by Anne Kramer Ricchiuto

6 REDIRECT EXAMINATION.......................... 38
     Questions by William R. Groth

7

RECROSS-EXAMINATION........................... 41
8      Questions by Anne Kramer Ricchiuto

9

10

11

12

13            I N D E X    O F    E X H I B I T S

14                                        PAGE

15 Plaintiff(s) Deposition Exhibit(s):

16 1 - Biography of Marion County Clerk.......... 5
     Myla A. Eldridge

17

2 - Voter Turnout in Marion County, IN........ 18
18

19

20

21

22

23

24

25

1          MS. RICCHIUTO: This is Anne Ricchiuto on

2     behalf of the Defendants and in particular on

3     behalf of the Marion County Clerk, Myla

4     Eldridge, who is also the secretary of the

5     Marion County Election Board.

6          I want to say one quick word on the

7     record about the State's attendance at this

8     deposition today.  It's really unusual to have a

9     non-party present at the deposition.  The

10    Defendants are not objecting based on our

11    understanding and my prior conversations with

12    the Attorney General's representatives that they

13    don't intend to ask any questions today.  That's

14    consistent with the Court's order just entered

15    at Docket No. 50 that declines to grant the

16    State permission to conduct any discovery.

17         So with that notation, we don't object to

18    the State's presence, but we want to make the

19    record clear on that point.

20

21

22

23

24

25

```
 1   M Y L A   E L D R I D G E, having been first duly
 2        sworn or affirmed to tell the truth, the whole
 3        truth, and nothing but the truth related to said
 4        matter, was examined and testified as follows:
 5   DIRECT EXAMINATION,
 6        QUESTIONS BY MR. GROTH:
 7   Q    Would you state your name, please?
 8   A    Myla Eldridge.
 9   Q    What is your current title or occupation?
10   A    I serve as the Marion County Clerk.
11   Q    And that's an elected position; is that correct?
12   A    That is correct.
13   Q    When were you elected to that office?
14   A    The year 2015.
15   Q    I noticed on the city's website that there is a
16        biography of you.  I wonder if, in the interest
17        of trying to save some questions, I could show
18        it to you and we'll have it marked as Exhibit 1
19        and just ask you to quickly review that and tell
20        me if that's substantially accurate.
21             (Plaintiff(s) Deposition Exhibit(s) 1
22        marked for identification.)
23             (Witness reviews document.)
24   A    Yes.
25   Q    I see from that bio that you served as deputy
```

| | | |
|---|---|---|
| 1 | | director for the Marion County Election Board |
| 2 | | from 2007 until 2012; is that correct? |
| 3 | A | That is correct. |
| 4 | Q | And you were elected clerk in 2015.  What did |
| 5 | | you do between 2012 and 2015? |
| 6 | A | I served as a deputy clerk for the Marion County |
| 7 | | Clerk's Office. |
| 8 | Q | During that three-year period did you play any |
| 9 | | role in election administration? |
| 10 | A | No. |
| 11 | Q | But as deputy director for the Marion County |
| 12 | | Election Board I assume you did? |
| 13 | A | Yes. |
| 14 | Q | In your capacity as deputy director from 2007 |
| 15 | | until 2012, could you describe any efforts that |
| 16 | | you were involved in in establishing satellite |
| 17 | | voting locations for voters in Marion County? |
| 18 | A | Well, in 2008 my role was to assist the director |
| 19 | | actually in the effort to have satellite sites |
| 20 | | in Marion County. |
| 21 | Q | Who was the director at the time? |
| 22 | A | Tenley.  I'm sorry.  You said in 2008.  Laurel |
| 23 | | Judkins. |
| 24 | Q | What activities did you conduct in connection |
| 25 | | with implementing those satellite voting |

| | | |
|---|---|---|
| 1 | | locations? |
| 2 | A | At that time, serving as the deputy director, my |
| 3 | | role was actually to recruit poll workers for |
| 4 | | the elections and my assistance that I was given |
| 5 | | was to help provide volunteers that would work |
| 6 | | at the satellite sites. |
| 7 | Q | And there were two satellite sites; is that |
| 8 | | correct? |
| 9 | A | Yes. |
| 10 | Q | One at North Central High School? |
| 11 | A | That's correct. |
| 12 | Q | And the other was where? |
| 13 | A | Southport Government Center. |
| 14 | Q | Are those both locations that are public as |
| 15 | | opposed to private? |
| 16 | A | Yes, they're public. |
| 17 | Q | Were you able to secure the use of those |
| 18 | | facilities at no cost? |
| 19 | A | That's correct. |
| 20 | Q | In connection with your efforts to recruit poll |
| 21 | | workers and other volunteers to staff those |
| 22 | | early voting locations, did you encounter any |
| 23 | | difficulties finding sufficient numbers of poll |
| 24 | | workers or volunteers? |
| 25 | A | No. |

```
 1   Q   Do you agree that early in-person absentee
 2       voting offers Hoosiers opportunities to
 3       participate in the electoral process that cannot
 4       be afforded by the contained 12-hour period of
 5       the traditional election day?
 6   A   I would agree.
 7   Q   Do you agree that early voting -- and I'm going
 8       to use the term early voting as kind of a
 9       shorthand.  That early voting plays an important
10       roll in alleviating congestion and problems that
11       often arise during a single election day?
12   A   I agree.
13   Q   If, for example, a voter were to appear at a
14       satellite location or any other early location,
15       for that matter, and the voter is not listed on
16       the pollbook due to error, is it easier to
17       correct that error if it's discovered prior to
18       election day?
19   A   Yes.
20   Q   Did you physically attend any of the early
21       voting locations in 2008?
22   A   Yes.
23   Q   Were you present most of the time, all of the
24       time or just some of the time?
25   A   Majority of the time.
```

| | | |
|---|---|---|
| 1 | Q | Would you agree that voters who cast their vote |
| 2 | | early typically have a greater tolerance for |
| 3 | | wait times because they've chosen the day and |
| 4 | | the time that is convenient for them to vote? |
| 5 | A | I would agree. |
| 6 | Q | Does that early voting relieve some of the |
| 7 | | traffic that occurs in the precincts on election |
| 8 | | day?  Do you want me to rephrase the question? |
| 9 | A | Yeah. |
| 10 | Q | If a person votes early, they are not going to |
| 11 | | appear to vote on election day, are they? |
| 12 | A | No. |
| 13 | Q | So if, for example, 75,000 people in Marion |
| 14 | | County vote early, that's 75,000 people |
| 15 | | theoretically that won't be appearing to vote on |
| 16 | | election day? |
| 17 | A | That's correct. |
| 18 | Q | Do you agree as a theoretical concept that early |
| 19 | | voting opportunities should be administered in a |
| 20 | | fair and equitable manner? |
| 21 | A | I agree. |
| 22 | Q | Now, how was it that Marion County came to have |
| 23 | | two satellite voting locations in 2008?    What |
| 24 | | was the procedure that led up to that situation? |
| 25 | A | Could you rephrase the question? |

| | | |
|---|---|---|
| 1 | Q | Typically how would one go about proposing the |
| 2 | | implementation of satellite voting offices? |
| 3 | A | There's a resolution that will be drafted and |
| 4 | | presented to the election board, and at that |
| 5 | | time then the election board would vote on if |
| 6 | | the resolution is ratified or not. |
| 7 | Q | The election board consists of three |
| 8 | | individuals? |
| 9 | A | That's correct. |
| 10 | Q | And you are by statute automatically a member of |
| 11 | | the election board in your capacity as circuit |
| 12 | | court clerk? |
| 13 | A | That's correct. |
| 14 | Q | And the other two members are appointees of the |
| 15 | | two major political parties? |
| 16 | A | Correct. |
| 17 | Q | So do you remember -- I know you weren't the |
| 18 | | clerk and you weren't a member of the election |
| 19 | | board in 2008, but were you present when the |
| 20 | | election board considered a resolution to |
| 21 | | establish these two satellite locations? |
| 22 | A | Yes. |
| 23 | Q | What do you recall about that particular |
| 24 | | resolution or the procedure that led to its |
| 25 | | enactment? |

| | | |
|---|---|---|
| 1 | A | When the resolution was presented before the |
| 2 | | board that it required a vote and at that time |
| 3 | | all the board members voted for the resolution. |
| 4 | Q | Was there any opposition to the resolution? |
| 5 | A | Not in 2008. |
| 6 | Q | Had there been similar resolutions offered in |
| 7 | | years prior to 2008, to your knowledge? |
| 8 | A | No. |
| 9 | Q | No? |
| 10 | A | Not to my knowledge. |
| 11 | Q | So 2008, to your knowledge, was the first time |
| 12 | | the board entertained a resolution to establish |
| 13 | | satellite locations? |
| 14 | A | Yes. |
| 15 | Q | And it attracted bipartisan unanimous support; |
| 16 | | is that correct? |
| 17 | A | That is correct. |
| 18 | Q | Was there any discussion or debate over how many |
| 19 | | early voting locations there should be? |
| 20 | A | There was actually a discussion on how many |
| 21 | | there would be. |
| 22 | Q | And was there any debate or disagreement over |
| 23 | | how many there should be? |
| 24 | A | No. |
| 25 | Q | Now, looking back on 2008 and the experiment |

1      with satellite voting locations in Marion

2      County, from your perspective were those

3      successful?

4              MS. RICCHIUTO:  Object to the form.  You

5      can answer.

6   A   Yes.

7   Q   Did you receive any complaints from citizens

8      about these satellite voting locations?

9   A   Not to my knowledge.

10  Q   Did you ever hear anyone assert that having the

11     satellite voting locations facilitated voter

12     fraud, for example?

13  A   No.

14  Q   Did you encounter any unexpected administrative

15     difficulties in administering those sites?

16  A   No.

17  Q   Had you made estimates of the likely number of

18     voters who would use those sites?

19  A   No.

20  Q   Was there anything about that experience in 2008

21     that would cause you to change your views about

22     the benefits of early voting?

23  A   No.

24  Q   Now, since 2008 has satellite voting been used

25     in Marion County?

1    Q    Did anyone from the Marion County Republican

2         party reach out to you anytime during 2016 and

3         propose to discuss with you the potential

4         establishment of satellite voting locations for

5         that election?

6    A    No.

7    Q    Miss Hoff also testified in her deposition that

8         in her view the public doesn't understand what

9         early voting is, that it's just filling out an

10        absentee ballot.  Do you have any reason to

11        believe that the public doesn't understand what

12        early in-person absentee voting is?

13    A    No.

14    Q    Miss Hoff also testified in her deposition that

15        we really don't need in-person early absentee

16        voting because a person can fill out an absentee

17        ballot in their home.  Is it true that anyone

18        can vote by absentee ballot and simply mail in

19        that absentee ballot?

20    A    If they meet the requirements in order to vote

21        an absentee ballot by mail.

22    Q    So there are requirements, there are limitations

23        on who can participate in mail-in absentee

24        voting?

25    A    Yes.

```
 1    Q    Could you describe what those are?
 2    A    All nine of them?
 3    Q    Let me see if I can short-cut it.  If I'm a
 4         voter and I'm not 65 and I'm not disabled and
 5         there's no reason to believe that I won't be in
 6         the county on election day, am I permitted to
 7         vote by mail and absentee ballot?
 8    A    You said if you're not 65?
 9    Q    If I'm not 65.
10    A    Yes, you can vote absentee by mail if you're not
11         going to be in the county on election day.
12    Q    But if I am going to be in the county and I know
13         I'm going to be in the county, I'm not 65 and
14         I'm not disabled.
15    A    No.
16    Q    And is that because of statutory requirements?
17              MS. RICCHIUTO:  Object to the extent it
18         calls for a legal conclusion.  You can answer.
19    A    Yes.
20    Q    Also Miss Hoff in her deposition testimony
21         testified that the county's use of paper
22         pollbooks is what she described as a huge burden
23         on having satellite voting offices.  Do you
24         agree with that?
25    A    No.
```

1   Q   Could you explain?

2   A   In order to have satellite sites, you do not

3       have to have electronic pollbooks.

4   Q   Does Marion County have electronic pollbooks?

5   A   No.

6   Q   It uses exclusively, at least as of this time,

7       paper pollbooks?

8   A   That's correct.

9   Q   Does it appear to you that the decision whether

10      to have satellite voting locations has become a

11      partisan issue in Marion County?

12  A   I agree.

13  Q   Republicans consistently oppose it and Democrats

14      consistently are in favor of it?

15  A   That's correct.

16  Q   Now, since 2008 all early in-person absentee

17      voting has been forced to take place in the

18      office of the circuit court clerk, your office;

19      is that correct?

20  A   That's correct.

21  Q   Is your office equipped to handle the crowds

22      that typically show up before election day to

23      cast early in-person absentee votes?

24  A   Yes.

25  Q   And how do you manage to deal with those crowds?

| | | |
|---|---|---|
| 1 | | If I could elaborate.  There are other things |
| 2 | | that go on in your office besides voting; |
| 3 | | correct? |
| 4 | A | Correct. |
| 5 | Q | Do you have to make any modifications or |
| 6 | | adjustments or accommodations to deal with the |
| 7 | | crowds that show up prior to election day |
| 8 | | seeking to vote early? |
| 9 | A | I do restructure the office to accommodate early |
| 10 | | voting. |
| 11 | Q | What does that entail? |
| 12 | A | Changing the office around to make sure that |
| 13 | | every voter that wants to cast a ballot early |
| 14 | | that they have an easy or a great experience. |
| 15 | | That means just moving the office around, moving |
| 16 | | our marriage license department to another area. |
| 17 | | So just basically changing the office around to |
| 18 | | accommodate early voting. |
| 19 | Q | Do the lines sometimes extend out into the |
| 20 | | hallway of the City-County Building? |
| 21 | A | Yes. |
| 22 | Q | And do they sometimes extend out into the |
| 23 | | street? |
| 24 | A | Yes. |
| 25 | Q | When citizens enter the City-County Building to |

| | | |
|---|---|---|
| 1 | | conduct business they have to go through a metal |
| 2 | | detector, don't they? |
| 3 | A | Not for early voting. |
| 4 | Q | But generally speaking do they have to? |
| 5 | A | Yes. |
| 6 | Q | Have you arranged for an exception for those |
| 7 | | voters who appear at the City-County Building |
| 8 | | hoping to cast an early in-person absentee |
| 9 | | ballot? |
| 10 | A | That's correct. |
| 11 | Q | So they can bypass the metal detector? |
| 12 | A | Correct. |
| 13 | Q | Is there any public parking available in the |
| 14 | | City-County Building? |
| 15 | A | No. |
| 16 | Q | Is there any public parking available on the |
| 17 | | perimeter of the City-County Building? |
| 18 | A | No. |
| 19 | Q | Where is the nearest public parking location to |
| 20 | | the City-County Building? |
| 21 | A | Probably two blocks south of the City-County |
| 22 | | Building. |
| 23 | Q | And is that a privately owned parking lot? |
| 24 | A | Yes. |
| 25 | Q | What was the parking situation there at the |

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | City-County Building for voters who wanted to            |
| 2  |   | cast early in-person absentee ballots in the             |
| 3  |   | days leading up to election day in 2016?                 |
| 4  | A | Can you repeat the question?                             |
| 5  | Q | Were there any -- do you know what the parking          |
| 6  |   | situation was there for voters who wanted to            |
| 7  |   | vote early prior to the 2016 general election?           |
| 8  |   | Were there special or additional obstacles or           |
| 9  |   | activities that were going on at the time?              |
| 10 | A | Parking is not convenient downtown.  There are          |
| 11 |   | really no accessible lots leading up to an              |
| 12 |   | election or surrounding the City-County                 |
| 13 |   | Building.                                                |
| 14 | Q | There used to be parking immediately to the east        |
| 15 |   | of the City-County Building on the site of the          |
| 16 |   | old Market Square Arena, wasn't there?                   |
| 17 | A | Yes.                                                     |
| 18 | Q | And that parking no longer exists because of            |
| 19 |   | Cummins and the other building that's being             |
| 20 |   | constructed?                                             |
| 21 | A | Yes, that's correct.                                     |
| 22 | Q | How do you accommodate disabled voters who              |
| 23 |   | appear and want to cast an early in-person              |
| 24 |   | absentee ballot?   For example, someone in a           |
| 25 |   | wheelchair.                                               |

1    A    In regard to parking or just --

2    Q    Are you able to provide any special

3         accommodation for a voter in a wheelchair?

4    A    Once they arrive to the City-County Building, we

5         have a special area set aside for anyone that

6         may be disabled.

7    Q    But those voters are on their own in terms of

8         getting to the City-County Building, parking and

9         getting from the parking lot to the City-County

10        Building?

11   A    That's correct.

12   Q    Madam Clerk, have you made any attempts to

13        determine what any of the counties adjacent to

14        Marion County did in 2016 with respect to

15        providing satellite voting locations?

16   A    Yes.

17   Q    What investigation have you made in that

18        respect?

19   A    We have learned that surrounding counties were

20        able to come to an agreement or everyone voted

21        for those counties to be able to have satellite

22        sites.

23   Q    Let's talk about one of them.  Hamilton County,

24        do you know the clerk in Hamilton County, Kathy

25        Richardson?

1    A    Yes.

2    Q    Do you occasionally speak with her about clerk

3         business?

4    A    Yes, I have before.

5    Q    Do you know how many satellite voting locations

6         they were able to provide in Hamilton County for

7         their voters?

8    A    I don't.

9    Q    You know, though, that satellite voting was

10        approved, in other words, there wasn't any

11        partisan disagreement in Hamilton County?

12   A    That's correct.

13   Q    Do you know if that's also true with regards to

14        Boone County?

15   A    Correct.

16   Q    Do you know of any county in the State of

17        Indiana where a resolution to provide satellite

18        voting locations was offered and defeated

19        because of lack of the unanimous vote?   Let's

20        talk about 2016 most recently.

21   A    I don't.

22   Q    Are you aware that voters in the second most

23        populous county in Indiana, Lake County, were

24        provided somewhere between 9 and 14 satellite

25        locations?

1    A    I am.

2    Q    And that voters in the next most populous

3         county, Allen County, were also provided a

4         number of satellite early voting locations?

5    A    I am aware.

6    Q    So it's only in Marion County that there's this

7         partisan disagreement over whether Marion County

8         voters should be afforded satellite sites?

9    A    To my knowledge.

10   Q    Do you agree that because of the failure of

11        satellite voting resolutions voters in Marion

12        County experience longer lines at the

13        City-County Building to cast early in-person

14        votes than they would if they had other

15        locations to cast those votes at?

16   A    I agree.

17   Q    What are the kinds -- I'm asking you this from

18        your experience as an election administrator.

19        What are the kinds of last-minute problems

20        voters sometimes encounter on election day that

21        prevents them from casting a vote that will be

22        counted?

23   A    I'm sorry.  You have to re -- the question

24        again.

25   Q    From your experience, what kind of problems is a

```
 1   Q   So without satellite voting locations, voters in
 2       Hammond or Gary or East Chicago would have to
 3       make the trip to Crown Point?
 4   A   Correct.
 5   Q   When we had satellite sites in 2008 was there
 6       any difficulty with arranging for a sufficient
 7       amount of free parking either around North
 8       Central High School or the Southport Community
 9       Center?
10   A   No.
11   Q   Do you agree that voting has a cost both
12       tangible and intangible?
13   A   Yes.
14   Q   In terms of time and resources?
15   A   Yes.
16   Q   And do you agree that those costs are more
17       consequential per persons with fewer resources?
18   A   Yes.
19   Q   And do you agree that higher income or wealth
20       makes it easier to afford transportation and
21       meeting those other financial costs of voting?
22   A   Can you explain that?
23   Q   In other words, if I'm living from hand to
24       mouth, the $1.75 one-way bus trip is going to be
25       more burdensome to me than if I have a job that
```

1        pays me $50,000 a year.

2  A    Yes.

3  Q    Have you ever been without private

4        transportation in your life?

5  A    No.

6  Q    Have you ever had to rely on the IndyGo system

7        to move about the county?

8  A    Yes.

9  Q    Do you have an estimate as to how long it would

10       take a voter in Pike Township to make the trip

11       via IndyGo from Pike Township to the City-County

12       Building?

13  A    My estimate would be about 30 minutes.

14  Q    One way, I assume?

15  A    Yeah, one way.

16  Q    That's assuming they were on a direct line

17       downtown; right?

18  A    Uh-huh.

19  Q    Didn't have to transfer.

20  A    Okay.

21  Q    As a member of the Marion County Election Board,

22       have you engaged in any discussions with other

23       members of the board about the concept of vote

24       centers?

25  A    Yes.



**The Official Website of the City of Indianapolis and Marion County**

IndyGov (/Pages/Home.aspx) > Local Government (/eGov/Pages/home.aspx) > County (/eGov/County/Pages/home.aspx) > Clerk (/eGov/County/Clerk/Pages/home.aspx) > Election Board (/eGov/County/Clerk/Election/Pages/home.aspx) > Election Results (/eGov/County/Clerk/Election/Election_Info/Pages/default.aspx) > **Voter Turnout**


PLAINTIFF'S EXHIBIT
2   1-10-18

# Voter Turnout in Marion County, IN

| Election | Registered Voters | Total Voters | Turnout % | Absentee Voters | Absentee % of total voters |
|---|---|---|---|---|---|
| General 2016 | 715,154 | 370,498 | 52.93% | 68,599 | 18.52% |
| Primary 2016 | 675,568 | 220,903 | 32.70% | 15,479 | 7.01% |
| Municipal 2015 | 663,209 | 150,447 | 22.68% | 12,538 | 8.33% |
| Primary 2015 | 657,799 | 50,877 | 7.73% | 3,722 | 7.32% |
| General 2014 | 650,472 | 160,568 | 24.68% | 14,735 | 9.18% |
| Primary 2014 | 647,895 | 51,609 | 7.97% | 4,420 | 8.56% |
| General 2012 | 640,675 | 361,416 | 56.41% | 59,036 | 16.33% |
| Primary 2012 | 612,370 | 129,283 | 21.11% | 9,243 | 7.15% |
| Municipal 2011 | 604,429 | 181,220 | 29.98% | 19,090 | 10.53% |
| Primary 2011 | 596,146 | 74,843 | 12.55% | 4,471 | 5.97% |
| General 2010 | 589,416 | 215,808 | 36.61% | 22,163 | 10.27% |
| Primary 2010 | 585,817 | 88,634 | 15.12% | 6,268 | 7.1% |
| Special 2009 | 583,167 | 67,023 | 11.49% | 8,140 | 12.14% |
| General 2008 | 697,559 | 381,759 | 54.73% | 93,316 | 24.4% |

| | | | | | |
|---|---|---|---|---|---|
| Primary 2008 | 653,606 | 239,450 | 36.64% | 16,790 | 7.1% |
| Special 2008 | 466,549* | 84,870 | 18.19% | 6,838 | 8.1% |
| Municipal 2007 | 630,993 | 166,103 | 26.32% | 10,600 | 6.4% |
| Primary 2007 | 622,870 | 40,814 | 6.50% | 1,791 | 4.4% |
| General 2006 | 613,881 | 203,737 | 33.19% | 13,245 | 6.5% |
| Primary 2006 | 614,583 | 84,051 | 13.67% | 3,672 | 4.37% |
| General 2004 | 602,918 | 323,673 | 53.68% | 27,430 | 8.47% |
| Primary 2004 | 570,560 | 106,892 | 18.73% | 4,096 | 3.83% |
| Municipal 2003 | 561,047 | 150,440 | 26.81% | 8,801 | 5.85% |
| Primary 2003 | 552,678 | 54,738 | 9.90% | 2,480 | 4.53% |
| General 2002 | 549,086 | 198,341 | 36.12% | not available | not available |
| Primary 2002 | 541,776 | 79,843 | 14.74% | 5,429 | 6.80% |
| General 2000 | 550,615 | 279,612 | 50.78% | 21,950 | 7.85% |
| Primary 2000 | 532,025 | 91,896 | 17.27% | 4,382 | 4.77 |
| Municipal 1999 | 532,736 | 196,983 | 36.98% | 12,484 | 6.34% |
| Primary 1999 | 512,236 | 79,974 | 15.61% | 3,685 | 4.61% |
| General 1998 | 505,128 | 205,242 | 40.63% | 10,449 | 5.09% |
| Primary 1998 | 493,833 | 81,311 | 16.47% | 4,914 | 6.04% |
| General 1996 | 501,862 | 286,538 | 57.09% | 17,075 | 5.96% |
| Primary 1996 | 466,910 | 131,725 | 28.21% | 6,187 | 4.70% |
| Municipal 1995 | 438,755 | 116,307 | 26.51% | 6,063 | 5.21% |
| Primary 1995 | 431,959 | 54,905 | 12.71% | 3,324 | 6.05% |
| General 1994 | 427,554 | 199,134 | 46.58% | 10,225 | 5.13% |
| Primary 1994 | 420,049 | 85,688 | 20.40% | 3,160 | 3.69% |
| General 1992 | 468,408 | 327,043 | 69.82% | 19,788 | 6.05% |
| Primary 1992 | 428,093 | 130,086 | 30.39% | 6,180 | 4.75% |
| Municipal 1991 | 417,502 | 199,719 | 47.84% | 10,416 | 5.57% |
| Primary 1991 | 400,034 | 103,823 | 25.95% | 4,580 | 4.41% |
| General 1990 | 424,592 | 197,997 | 46.63% | 10,025 | 5.09% |