# PLAINTIFFS' EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA; <br> NAACP, by its Greater Indianapolis Branch 3053, <br> and on behalf of its individual members; <br> DORIS A. McDOUGAL; and <br> JOHN WINDLE, <br><br> Plaintiffs, <br><br> v. <br><br> MARION COUNTY ELECTION BOARD; and <br> KEITH JOHNSON, MELISSA THOMPSON, and <br> MYLA A. ELDRIDGE, each in their official <br> capacities as members of the MARION <br> COUNTY ELECTION BOARD; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:17-cv-1388-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JASON CRITCHLOW

Jason Critchlow, being first duly sworn upon his oath, states as follows:

1. I currently serve as Chair of the St. Joseph County Democratic Party and have served in that capacity since 2013.

2. In that capacity I appoint the Democratic Party's member of the St. Joseph County Election Board.

3. I affirm that the St. Joseph County Election Board has approved a satellite voting location at the County Services Annex in Mishawaka in each federal election this decade by unanimous and bipartisan vote of its three members.

Further affiant sayeth not.

Jason Critchlow

1

STATE OF INDIANA        )
                        ) SS:
COUNTY OF ST. JOSEPH    )

Subscribed and sworn to before me, a Notary Public, in and for the State of ~~Indiana~~ St. Joseph, County of Marion, on this _12_ day of April, 2018.

_____
Notary Public

County of Residence: St. Joseph
My Commission Expires: Nov. 1, 2025

2