# PLAINTIFFS' EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA;<br>NAACP, by its Greater Indianapolis Branch 3053,<br>and on behalf of its individual members;<br>DORIS A. McDOUGAL; and<br>JOHN WINDLE,<br><br>Plaintiffs,<br><br>v.<br><br>MARION COUNTY ELECTION BOARD; and<br>KEITH JOHNSON, MELISSA THOMPSON, and<br>MYLA A. ELDRIDGE, each in their official<br>capacities as members of the MARION<br>COUNTY ELECTION BOARD;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:17-cv-1388-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF JULIA VAUGHN**

Julia Vaughn, being first duly sworn upon her oath, states as follows:

1.  I serve as Policy Director for Common Cause Indiana. I have been with CCI since 1995. In my position with CCI, I am responsible for policy development, lobbying, grassroots organizing, and coalition building.

2.  CCI is the Indiana affiliate of Common Cause, a national non-profit, nonpartisan grassroots organization that advocates in favor of ethics, good government, campaign finance reform, constitutional law, and the elimination of barriers to voting.

3.  CCI's standing to challenge electoral rules or structures that limit voter choices or participation was established by this Court in *Common Cause Indiana v. Sec'y of State*, 60 F.Supp. 3d 982 (S.D.Ind. 2014), where this Court noted that CCI is dedicated to working so that citizens can make their voices heard in the political process and its

1

members are advocates for the elimination of barriers to voting and election fairness, and that these goals are germane to its purpose.

4. CCI has approximately 2,500 members who live and vote in Marion County.

5. CCI has long worked to eliminate barriers to voting, including lobbying for non-partisan redistricting and increasing voting opportunities by establishing and expanding satellite voting locations, as well as partnering with other community organizations to provide education and training to on-the-ground voting rights activists in Marion County and throughout the state.

6. CCI has one employee and a limited budget, and relies on its member volunteers for much of its activities. It has to make difficult choices about how to use its limited resources.

7. CCI is aware of the two satellite voting sites that were established in Marion County for the 2008 general elections, and spoke out and lobbied in favor of those sites at the time. A total of 73,549 Marion County voters cast EIP absentee ballots in that election.

8. After 2008, intractable opposition from the Marion County Republican Party's appointee to the MCEB doomed all further resolutions proposing to re-establish satellite locations. This resulted in a significant decline in EIP absentee voting in Marion County in subsequent presidential election years, while counties neighboring ours saw a significant increase in EIP absentee voting.

9. From my experiences as a long-time observer of the electoral process in Marion County, the more convenient voting is made for voters, the more likely they are to vote. This is well illustrated by the effect of opening EIP locations in Hamilton County, which in 2016

saw a 63% increase in EIP absentee voting, while Marion County experienced a 26% decline.

10. I agree with the comments of Hamilton County Election Administrator Kathy Richardson, as reported in the August 10, 2017 edition of *The Indianapolis Star, https://www.indystar.com/story/news/2017/08/10/silencing-vote-data-shows-unequal-barrier-indiana-polls/435450001/,* that this increase in absentee voting in Hamilton County was largely a result of opening two additional early voting sites in 2016, and that with more such sites the turnout may have increased even more.

11. As an observer of voter behavior I believe that opening satellite sites in Marion County in 2008 had a significant impact on voting accessibility, which in turn increased overall voter turnout by lowering both the tangible and intangible costs of voting.

12. Since 2008 CCI has devoted additional time and resources to ameliorating the effects of the Marion County Election Board's refusal since 2008 to approve satellite sites for federal elections, including speaking out in favor of resolutions to establish satellite sites when such resolutions were being considered. CCI has also engaged in activities to inform Marion County voters of the MCEB's failure to adopt those resolutions and has conducted numerous informational and training sessions to educate voters and community activists about the limited availability of EIP absentee voting opportunities in Marion County, and the stark contrast between Marion County's contraction and elimination of satellite voting sites and the availability of those sites in nearly every county contiguous to Marion County as well as in nearly every other populous county in Indiana, including Allen, Lake, Vanderburgh, Vigo, Tippecanoe, and Monroe Counties.

13.  CCI's staff spends considerable time developing a curriculum and presentation materials for these sessions.

14.  In the past CCI volunteers and voters have called CCI on Election Day because their names had been erroneously removed from the voter roll. When this happens on Election Day rather than during EIP voting, it puts additional strain on our limited resources, and makes it less likely that corrections can be made, thus avoiding the necessity for the voter to cast a provisional ballot.

15.  CCI volunteers at polling sites on Election Day will have to spend more time assisting voters who have been erroneously removed from the rolls and be less able to assist voters with other poll access issues.

16.  Moreover, because of the passage of SEA 442 by the Indiana legislature in 2017, a measure which implements the Interstate Voter Registration Crosscheck program, CCI expects that many more voters than in the past will be erroneously removed from the voter rolls, which will mean even more problems to deal with on Election Day, and especially if there are no satellite stations for EIP absentee voting established in Marion County.

17.  The time that CCI has and will continue to expend addressing the effects of SEA 442 and not having satellite EIP voting sites in Marion County necessarily diverts time that CCI spends on its other advocacy, education, voter assistance, and lobbying efforts, including, but not limited to, its efforts to implement non-partisan redistricting, as well as education and assistance related to other issues by poll monitors and CCI volunteers on Election Day.

18.  I agree with the findings and recommendations of the 2014 Presidential Commission on Election Administration that EIP voting offers voters an opportunity to participate in the electoral process that simply cannot be afforded by the contained 12-hour voting period on Election Day. I also agree that expanding EIP voting to include sites other than the office of the circuit court clerk helps to alleviate congestion and wait times at the polls on Election Day.

19.  Voters in Marion County have told me that they have faced great hardships voting on Election Day due to work or school schedules, child-care responsibilities, or illness, and that they would have benefited from enhanced EIP voting opportunities.

20.  I am personally aware of voters who lack private transportation and who would be required to take the IndyGo bus to the City County Building to vote EIP. The cost of a round-trip bus fare is $3.50, and this does not include the cost in time in making the round trip in what is a very inadequate public transportation system in Marion County, or the time spent waiting in long lines at the City County Building.

Further affiant sayeth not.

_____
Julia Vaughn

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

Subscribed and sworn to before me, a Notary Public, in and for the State of Indiana, County of Marion, on this 12th day of April, 2018.

_____
Notary Public  SANDRA CLINE

County of Residence:  HANCOCK
My Commission Expires:  8-18-19