UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA; <br> NATIONAL ASSOCIATION for the <br> ADVANCEMENT OF COLORED PEOPLE, <br> by its Greater Indianapolis Branch 3053 <br> and on behalf of its individual members; <br> DORIS A. McDOUGAL; and <br> JOHN WINDLE, <br><br> Plaintiffs, <br><br> v. <br><br> MARION COUNTY ELECTION BOARD; <br> KEITH JOHNSON, BRYCE CARPENTER, and <br> MYLA A. ELDRIDGE, each in their official <br> capacities as members of the MARION <br> COUNTY ELECTION BOARD, <br><br> Defendants. | Case No.: 1:17-cv-01388-SEB-TAB |

## NOTICE OF APPEAL TO THE SEVENTH CIRCUIT

Notice is hereby given that Intervenor, State of Indiana, appeals to the United States Court of Appeals for the Seventh Circuit the District Court's entry of Final Judgment, ECF No. 94, entered on August 9, 2018.

Respectfully Submitted,

CURTIS T. HILL, JR.
Atty. No. 13999-20
Attorney General of Indiana

By:  *s/ Kelly S. Thompson*
Kelly S. Thompson
(Counsel of Record)
Bryan R. Findley
Aleksandrina Penkova Pratt
Deputy Attorneys General

Office of the Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 234-7113
Kelly.Thompson@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, I electronically filed the foregoing with the clerk using the CM/ECF system.

| | |
|---|---|
| Daniel Bowman<br>FILLENWARTH DENNERLINE GROTH & TOWE LLP<br>dbowman@fdgtlaw.com | Anthony Scott Chinn<br>FAEGRE BAKER DANIELS LLP<br>scott.chinn@FaegreBD.com |
| William R. Groth<br>FILLENWARTH DENNERLINE GROTH & TOWE LLP<br>wgroth@fdgtlaw.com | Daniel E. Pulliam<br>FAEGRE BAKER DANIELS LLP<br>daniel.pulliam@FaegreBD.com |
| Anne Kramer Ricchiuto<br>FAEGRE BAKER DANIELS LLP<br>anne.ricchiuto@FaegreBD.com | Donald Eugene Morgan<br>OFFICE OF CORPORATION COUNSEL<br>donald.morgan@indy.gov |
| Andrew J. Mallon<br>OFFICE OF CORPORATION COUNSEL<br>Andrew.mallon@indy.gov | |

*s/ Kelly S. Thompson*
Kelly S. Thompson
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 234-7113
FAX:     (317) 232-7979
Email:    Kelly.Thompson@atg.in.gov