# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMMON CAUSE INDIANA; NATIONAL ASSOCIATION for the ADVANCEMENT OF COLORED PEOPLE, by its Greater Indianapolis Branch 3053 and on behalf of its individual members; DORIS A. McDOUGAL; and JOHN WINDLE, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 1:17-CV-1388-SEB-TAB |
| MARION COUNTY ELECTION BOARD; KEITH JOHNSON, BRYCE CARPENTER, and MYLA A. ELDRIDGE, each in their official capacities as members of the MARION COUNTY ELECTION BOARD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' NOTICE OF SUBSTITUTION OF PARTY**

Defendants, Marion County Election Board and Michael Solari, Bryce Carpenter, and Myla A. Eldridge, each in their official capacities as members of the Marion County Election Board, by their counsel ("MCEB Defendants"), hereby file and serve notice that Keith Johnson is no longer a member of the Marion County Election Board. Michael Solari has been appointed to the Board seat formerly held by Mr. Johnson. As an appointed member of the Marion County Election Board, Mr. Solari should be automatically substituted as a party in his official capacity under Rule 25(d) of the Federal Rules of Civil Procedure.

US.119291123.01

Date:  August 10, 2018                              Respectfully submitted,


                                                FAEGRE BAKER DANIELS LLP

                                                By: /s/ *Daniel E. Pulliam*
                                                A. Scott Chinn (#17903-49)
                                                Anne K. Ricchiuto (#25760-49)
                                                Daniel E. Pulliam (#29439-49)
                                                300 N. Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                Telephone:     (317) 237-0300
                                                Facsimile:      (317) 237-1000
                                                Email:  Scott.Chinn@FaegreBD.com
                                                Email:  Anne.Ricchiuto@FaegreBD.com
                                                Email:  Daniel.Pulliam@FaegreBD.com

                                                Andrew J. Mallon (#23055-49)
                                                Donald E. Morgan (#30776-49)
                                                OFFICE OF CORPORATION COUNSEL
                                                200 East Washington Street, Suite 1601
                                                Indianapolis, IN 46204
                                                Telephone:     (317) 327-4055
                                                Facsimile:      (317) 327-3698
                                                Email:  donald.morgan@indy.gov
                                                Email:  andy.mallon@indy.gov

                                                *Counsel for Marion County Election Board and Michael Solari, Bryce Carpenter, and Myla A. Eldridge, each in their official capacities as members of the Marion County Election Board*


## CERTIFICATE OF SERVICE

     I hereby certify that on August 10, 2018, a copy of the foregoing document was filed electronically with the Court's CM/ECF system.  Notice of this filing will be sent to the parties' counsel by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.


                                                /s/ *Daniel E. Pulliam*
                                                Daniel E. Pulliam