UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA; NATIONAL ASSOCIATION for the ADVANCEMENT OF COLORED PEOPLE, by its Greater Indianapolis Branch 3053 and on behalf of its individual members; DORIS A. McDOUGAL; and JOHN WINDLE, <br><br> Plaintiffs, <br><br> v. <br><br> MARION COUNTY ELECTION BOARD; KEITH JOHNSON, BRYCE CARPENTER, and MYLA A. ELDRIDGE, each in their official capacities as members of the MARION COUNTY ELECTION BOARD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CAUSE NO. 1:17-CV-1388-SEB-TAB |

Acknowledged.

Michael Solari is hereby substituted for Keith Johnson in this action.

Date: 8/20/2018

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**DEFENDANTS' NOTICE OF SUBSTITUTION OF PARTY**

Defendants, Marion County Election Board and Michael Solari, Bryce Carpenter, and Myla A. Eldridge, each in their official capacities as members of the Marion County Election Board, by their counsel ("MCEB Defendants"), hereby file and serve notice that Keith Johnson is no longer a member of the Marion County Election Board. Michael Solari has been appointed to the Board seat formerly held by Mr. Johnson. As an appointed member of the Marion County Election Board, Mr. Solari should be automatically substituted as a party in his official capacity under Rule 25(d) of the Federal Rules of Civil Procedure.

Date:  August 10, 2018                                    Respectfully submitted,


                                                FAEGRE BAKER DANIELS LLP

                                                By: /s/ *Daniel E. Pulliam*
A. Scott Chinn (#17903-49)
Anne K. Ricchiuto (#25760-49)
Daniel E. Pulliam (#29439-49)
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:     (317) 237-0300
Facsimile:      (317) 237-1000
Email:  Scott.Chinn@FaegreBD.com
Email:  Anne.Ricchiuto@FaegreBD.com
Email:  Daniel.Pulliam@FaegreBD.com

Andrew J. Mallon (#23055-49)
Donald E. Morgan (#30776-49)
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN 46204
Telephone:     (317) 327-4055
Facsimile:      (317) 327-3698
Email:   donald.morgan@indy.gov
Email:   andy.mallon@indy.gov

*Counsel for Marion County Election Board and Michael Solari, Bryce Carpenter, and Myla A. Eldridge, each in their official capacities as members of the Marion County Election Board*


## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2018, a copy of the foregoing document was filed electronically with the Court's CM/ECF system.  Notice of this filing will be sent to the parties' counsel by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.


                                                /s/ *Daniel E. Pulliam*
                                                Daniel E. Pulliam